**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE ART GALLERY OF BILLY JACOBS, LTD,

Plaintiff,

Case No. 1:26-cv-12368

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”,

Defendants.

## NOTIFICATION OF AFFILIATES

The undersigned counsel for Plaintiff certifies the following:

1. Under Fed. R. Civ. P. 7.1, THE ART GALLERY OF BILLY JACOBS, LTD has no parent company and there is no publicly held corporation owning 10% or more of its stock.

2. Under N.D. Ill. Local Rule 3.2, THE ART GALLERY OF BILLY JACOBS, LTD has the following affiliate: Shirley A. Trusky.

DATED: October 8, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***