Exhibit 1

## 001 gaoweijingpindian

10/27/25, 11:03 PM Amazon.com: Harvest Moon Bat Ghost Carriage Jack Lantern Pumpkin Barn Farm Corn Poster Art Prints for Home Bedroom Livi...

amazon

Your Prime membership is paused due to a billing issue

Update payment method



Harvest Moon Bat Ghost Carriage Jack Lantern Pumpkin Barn Farm Corn Poster Art Prints for Home Bedroom Living Room Decorations 08x12inch(20x30cm) Unframe-style

Brand: Generic

$19⁰⁰

Size: 08x12inch(20x30cm)

12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm)

Color: Unframe-style

$19.00 | $26.00

- PERFECT DESIGN:There are five printing sizes: 08x12", 12x18", 16x24", 20x30" and 24x36". Various sizes can meet your various requirements.
- INSTALLATION INSTRUCTIONS:Simple hardware makes

$19⁰⁰

FREE delivery November 4 - 6.

Deliver to [redacted] - Chicago 60604

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

Ships from / Sold by gaoweijingpindian

Returns 30-day refund/replacement

Payment Secure transaction

Add to List

10/27/25, 11:04 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.

Prime is just $14.99/month. Cancel anytime.

Arriving Nov 4, 2025 - Nov 6, 2025



Harvest Moon Bat Ghost Carriage Jack Lantern Pumpkin Barn Farm Corn Poster Art Prints for Home Bedroom Living Room Decorations 08x12inch(20x30cm) Unframe-style

$19.00

Ships from gaoweijingpindian

Sold by gaoweijingpindian

Free Delivery Tuesday, Nov 4 - Thursday, Nov 6

Gift options not available

Place your order

Order total: $20.95

Join Prime for $14.99/month and get immediate access to benefits

Join Prime

Place your order

## VA 2-453-651



002 碌碌无为

8/13/25, 1:25 PM Amazon.com: Billy Jacobs' Harvest Moon Poster Poster Cool Artworks Painting Wall Art Canvas Prints Hanging Picture Home Dec...

Prime members save up to 80% on meds



Click to see full view

Billy Jacobs' Harvest Moon Poster Poster Cool Artworks Painting Wall Art Canvas Prints Hanging Picture Home Decor Posters 12x18inch(30x45cm)

$15.90

Unlock a $80 Amazon Gift Card instantly upon approval for Amazon Store Card. Learn more

Size: 12x18inch(30x45cm)

12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm)

Color: Unframe style 41

- This canvas posters are framed and unframed to Choose.
- We pursue high quality canvas posters, which are better than paper posters.
- Ready to frame or can be hung on the wall using poster mounts, clips, push pins, or thumb tacks.
- This canvas wall art is the ideal gifts to your family and friends in birthday,wedding,anniversary,thanksgiving day and other festivals. Perfect decoration choice for living room,bedroom,office,hotel,bathroom,dining room,kitchen,bar etc.
- If you need a customized poster, It can also be ordered.

See more product details

Report an issue with this product or seller

Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$15.90

$5 delivery August 25 - September 4. Details

Or fastest delivery August 20 - 25. Details

Deliver to [redacted] - Chicago 60604

In stock

Usually ships within 3 to 4 days.

Quantity: 1

Add to Cart

Buy Now

Add to List



Jesus on Easter Painting On Can...

$19.90

8/13/25, 1:25 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

Change

Paying with Mastercard [redacted]
Use a gift card, voucher, or promo code

Change

[redacted] we're giving you Prime free for 30 days.
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Arriving Aug 25, 2025 - Sep 4, 2025



Billy Jacobs' Harvest Moon Poster Poster Cool Artworks Painting Wall Art Canvas Prints Hanging Picture Home Decor Posters 12x18inch(30x45cm)
$15.90

Gift options not available

Monday, Aug 25 - Thursday, Sep 4
$5.00 - Delivery

Wednesday, Aug 20 - Monday, Aug 25
$10.00 - Delivery

Place your order

Order total: $22.53

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

VA 2-453-651



003 xiangfenxianbaohuishangmaoyouxiangongsi

8/13/25, 1:47 PM Amazon.com: Harvest Moon by Billy Jacobs Poster Canvas Wall Art For Room Aesthetic And Decor Poster For Bedroom Living Ro...




8/13/25, 1:48 PM Place Your Order - Amazon Checkout




VA 2-453-651



004 li xiong Panda poster

8/6/25, 1:41 PM Amazon.com: AuLYn Harvest Moon By Billy Jacobs Poster Canvas Print Modern Office Living Room Bathroom Decor Wall Art Gift (U...




8/6/25, 1:42 PM Place Your Order - Amazon Checkout




VA 2-453-651



005 shan shan Promotion poster

8/6/25, 1:31 PM Amazon.com: BybiO Spooky Harvest Moon Poster Primitive Farm Barn Pumpkin Full Moon Truck Canvas Print Halloween Wall Art ...

amazon

Prime members save up to 80% on meds



BybiO Spooky Harvest Moon Poster Primitive Farm Barn Pumpkin Full Moon Truck Canvas Print Halloween Wall Art Modern Classroom Kitchen Bedroom Room Aesthetics Decor (08×12inch,Unframed)

Brand: BybIO

$11.00

Size: 12L" x 8W"

| | | | |
|---|---|---|---|
| 12L" x 8W" $11.00 | 12×18inch See available options | 18L" x 12W" $14.00 | 20×30inch See available options |
| 24L" x 16W" $19.00 | 24×36inch See available options | 30L" x 20W" $25.00 | 36L" x 24W" $32.00 |

Color: Unframed

Click to see full view

Ask Rufus

What room is this poster best for? · Is it printed on canvas? · Does it come with a frame?

Ask something else

- PERFECT DESIGN: This The Spooky Harvest Moon Farm Barn Pumpkin poster can make your room full of artistic atmosphere.
- INSTALLATION INSTRUCTIONS: Our poster has two choices, No Framed and Framed ...

$11.00

FREE delivery August 11 - 13.

Deliver to [redacted] - Chicago 60604

Only 15 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from shan shan Promotion poster

Sold by shan shan Promotion poster

Add to List

8/6/25, 1:32 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

[redacted] we're giving you Prime free for 30 days.

Try Prime free for 30 days

Arriving Aug 11, 2025 - Aug 13, 2025



BybiO Spooky Harvest Moon Poster Primitive Farm Barn Pumpkin Full Moon Truck Canvas Print Halloween Wall Art Modern Classroom Kitchen Bedroom Room Aesthetics Decor (08×12inch,Unframed)

$11.00

Ships from shan shan Promotion poster

Sold by shan shan Promotion poster

Monday, Aug 11 - Wednesday, Aug 13 FREE Delivery

Gift options not available

Place your order

Order total: $12.13

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

# VA 2-453-651



006 Spiritual Inspiration







VA 2-453-651



# 007 ZHENGMEIGE

8/6/25, 1:49 PM Amazon.com: Abstract Art Poster Farm Landscape Night Cart Pumpkin Crow Poster Canvas Painting Posters and Prints Wall Art Pic...



## Abstract Art Poster Farm Landscape Night Cart Pumpkin Crow Poster Canvas Painting Posters and Prints Wall Art Pictures for Living Room Bedroom Decor 20x26inch(51x66cm) Frame-Style

$95.95

- Size : 5 size for choice(1 inch=2.54cm)
- The poster is printed on canvas which is one kind of best material for poster. It is waterproof,moisture proof and high tensile strength.The poster has rich printing color and fine texture.
- If you need other sizes, please leave me a message. We can also customize any design, you can send pictures to us, or create pictures for you.
- Due to different display brands, the actual wall art color may be slightly different from the product image
- Perfect choice for bedroom, living room, guest room, meeting room, bathroom, dinning room, coffee bar, hallway, corridor, college dormitory, hotel, lounge, home and office decor.

$95.95

$40 delivery August 13 - 19. Details

Or fastest delivery August 11 - 14. Details

Deliver to [redacted] - Change

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from ZHENGMEIGE

Sold by ZHENGMEIGE

Add to List

8/6/25, 1:49 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

**Paying with Mastercard** [redacted]

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Place your order

[redacted] we're giving you Prime free for 30 days.

**Arriving Aug 13, 2025 - Aug 19, 2025**



Abstract Art Poster Farm Landscape Night Cart Pumpkin Crow Poster Canvas Painting Posters and Prints Wall Art Pictures for Living Room Bedroom Decor 20x26inch(51x66cm) Frame-Style

$95.95

Ships from ZHENGMEIGE

Sold by ZHENGMEIGE

Wednesday, Aug 13 - Tuesday, Aug 19 $40.00 - Delivery

Monday, Aug 11 - Thursday, Aug 14 $80.00 - Delivery

Place your order

**Order total: $145.47**

# VA 2-453-651



008 hai xiong Ok poster







VA 2-453-651



## 009 jiangxianshuaixianshangmaoyouxiangongsi

8/13/25, 1:44 PM Amazon.com: EWAIDI Harvest Moon by Billy Jacobs Canvas Wall Art Poster For Room Aesthetic And Decor Poster For Bedroom Li...

amazon Deliver to Chicago 60604 | Search Amazon | EN | Hello, Account & Lists | Returns & Orders

All | Rufus | Join Prime | Amazon Haul | Off to College | Same-Day Delivery | Medical Care | Luxury Stores | Amazon Basics | Pharmacy | Best Sellers | Buy Again | Browsing History | Pet Supplies | Books

Prime members save up to 80% on meds | amazon pharmacy

Home & Kitchen › Wall Art › Posters & Prints



Click to see full view

**EWAIDI Harvest Moon by Billy Jacobs Canvas Wall Art Poster For Room Aesthetic And Decor Poster For Bedroom Living Room Bathroom Kitchen Office Decor 08x12inch(20x30cm) Unframe-style**

Brand: EWAIDI

Search this page

$15.68

Up to 10% off if you qualify. Shop items

Unlock a $80 Amazon Gift Card instantly upon approval for Amazon Store Card.

Size: 08x12inch(20x30cm)

| 12x18inch(30x45cm) | 08x12inch(20x30cm) | 16x24inch(40x60cm) | 20x30inch(50x75cm) | 24x36inch(60x90cm) |
|---|---|---|---|---|
| $19.68 | $15.68 | $22.68 | $27.68 | $35.68 |

Color: Unframe-style

- 【Durable & High Quality】 All our wall art prints are made of high-quality canvas, thick and not easy to break to ensure durability. These wall art posters are are protected with shrink film wrapped on corners to avoid damage during shipping way. With vibrant colors and fine details, this print art canvas is perfect for adding a touch of heartfelt charm to any room.
- You to choose your preferred frames to showcase them. Assemble and install by yourself, fully enjoy the fun of DIY
- AESTHETIC DECORATION: Poster wall decor is a popular and elegant way to decorate a room nowadays, it is a good choice to hang on the wall of your sitting room, bedroom, college dormitory, dining room, simple decorations bring infinite art beauty.
- GREAT GIFT IDEA – These unique prints are ready to be framed as décor for the home, family room, office, cubicle, bathroom, kitchen, nursery, gym, and dorm room or apartment. It can also be used as decoration or as gifts for special events and holidays such as bridal showers, weddings, house warmings, baby showers, birthdays, Christmas, Valentine's Day, Easter, Mother's Day, and Father's Day
- 【After-Sales Service】 Once your canvas artwork arrives, if you have any dissatisfaction, please contact us by email immediately, we will reply you and solve the problem in the shortest time. Hassle-free refunds available

See more product details

$15.68

FREE delivery September 3 - 12. Details

Or fastest delivery August 18 - 21. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from jiangxianshuaixianshangmaoyouxiangongsi

Sold by jiangxianshuaixianshangmaoyouxiangongsi

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

---

8/13/25, 1:45 PM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to [redacted]**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard [redacted]**
Use a gift card, voucher, or promo code
Change

[redacted] we're giving you Prime free for 30 days.
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime.

**Arriving Sep 3, 2025 - Sep 12, 2025**



EWAIDI Harvest Moon by Billy Jacobs Canvas Wall Art Poster For Room Aesthetic And Decor Poster For Bedroom Living Room Bathroom Kitchen Office Decor 08x12inch(20x30cm) Unframe-style
$15.68
Ships from jiangxianshuaixianshangmaoyouxiangongsi
Sold by jiangxianshuaixianshangmaoyouxiangongsi

1

Gift options not available

Wednesday, Sep 3 - Friday, Sep 12
FREE Delivery

Monday, Aug 18 - Thursday, Aug 21
$30.00 - Delivery

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $15.68

Place your order **Order total: $17.29**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

Back to cart

## VA 2-453-651



# 010 jing elaborate poster

9/3/25, 2:53 PM Amazon.com: ObabO Harvest Moon Primitive Farm Barn Pumpkin Full Moon Corn Impact Truck Poster Picture HD Wall Art Canvas ...

Prime members save up to 80% on meds



Click to see full view

ObabO Harvest Moon Primitive Farm Barn Pumpkin Full Moon Corn Impact Truck Poster Picture HD Wall Art Canvas Print Aesthetic Artwork for Bedroom Living Room Decor (Unframed,8x10inch)

Brand: ObabO

$12.00

Save 10% at checkout Shop items

Color: Unframed

$22.00 | $12.00

Size: 10L" x 8W"

10L" x 8W" | 16L" x 12W" | 16x20inch | 20x27inch | 32L" x 24W" | 20L" x 16W" | 27L" x 20W"

- 【EFFECT DESIGN】: This Harvest Moon Primitive Farm Barn Pumpkin Full Moon Corn Impact Truck poster can make your room full of artistic atmosphere ... 08×10inch,12×16inch,16×20inch,20×27inch,24×32inch framed or unframed for choice ... the edge to allow customers to better decorate.
- 【INSTALLATION INSTRUCTIONS】: Our poster has two choices, No Framed and Framed ... on a wooden frame, Easy to Hang ... the wall using mounts, clips, push pins or thumb tacks.
- 【MATERIAL AND PRINTING】: This Harvest Moon Primitive Farm Barn

$12.00

$6.90 delivery September 12 - 23. Details

Or fastest delivery September 8 - 10. Details

Deliver to [redacted] - Chicago 60604

Only 20 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from jing elaborate poster

Sold by jing elaborate poster

Add to List

9/3/25, 2:54 PM Place Your Order - Amazon Checkout

Secure checkout

Delivering to [redacted]

Add delivery instructions

Change

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method

Arriving Sep 12, 2025 - Sep 23, 2025

ObabO Harvest Moon Primitive Farm Barn Pumpkin Full Moon Corn Impact Truck Poster Picture HD Wall Art Canvas Print Aesthetic Artwork for Bedroom Living Room Decor (Unframed,8x10inch)

$10.80

$1.20 discount applied

Ships from jing elaborate poster

Sold by jing elaborate poster

Monday, Sep 8 - Wednesday, Sep 10

Friday, Sep 12 - Tuesday, Sep 23

Place your order

Items: $12.00

Shipping & handling: $6.90

Estimated tax to be collected: $1.11

Promotion Applied: -$1.20

Order total: $18.81

Place your order

Order total: $18.81

# VA 2-453-651



# 011 Zetian alone is bright

9/10/25, 3:35 PM Amazon.com: Harvest Moon by Billy Jacobs Poster Canvas Print Wall Art Modern Classroom Kitchen Bedroom Room Aesthetics D...




9/10/25, 3:36 PM Place Your Order - Amazon Checkout




VA 2-453-651



012 Hello, my friend

9/18/25, 2:41 AM Amazon.com: ZYPAMZ Spooky Harvest Moon by Jacobs Poster Billy Fall Art Wall Decoration Poster Family Bar Restaurant Garage Cafe Art Si...



ZYPAMZ Spooky Harvest Moon by Jacobs Poster Billy Fall Art Wall Decoration Poster Family Bar Restaurant Garage Cafe Art Sign Gift Ready to Hang Framed Black 12x16inch(30x40cm)

$39.80

Explore back to school deals »

4 stars and above

9/18/25, 2:42 AM Place Your Order - Amazon Checkout

amazon prime

Secure checkout

Cart

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

Paying with Mastercard [redacted]

Select a payment plan

Use a gift card, voucher, or promo code

Change

Arriving Sep 24, 2025

ZYPAMZ Spooky Harvest Moon by Jacobs Poster Billy Fall Art Wall Decoration Poster Family Bar Restaurant Garage Cafe Art Sign Gift Ready to Hang Framed Black 12x16inch(30x40cm)

$39.80

Ships from Hello, my friend

Sold by Hello, my friend

Gift options not available

Wednesday, Sep 24

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $39.80 |
| Shipping & handling: | $20.00 |
| Estimated tax to be collected:* | $4.08 |
| **Order total:** | **$63.88** |

Place your order

Order total: $63.88

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your ord

# VA 2-453-651



013 xunwuxianxiaoshanyinxiangyouchakejiyouxiangongsi

13/10/2025, 15:44 Amazon.com: ZYPAMZ Spooky Harvest Moon by Jacobs Poster Billy Fall Art Wall Decoration Poster Family Bar Restaurant Garag...




13/10/2025, 15:45 Place Your Order - Amazon Checkout




**VA 2-453-651**



014 ZYXJY

20/10/2025, 18:04 Amazon.com: Modern Framed Wall Art for Living Room – Large Minimalist Canvas Wall Decor, Ready-to-Hang Wooden Frame, D...

amazon

Explore business holiday savings ›





Modern Framed Wall Art for Living Room – Large Minimalist Canvas Wall Decor, Ready-to-Hang Wooden Frame, Durable Fade-Resistant Coating, Handmade Home Decoration Artwork

$134.99

Coupon price $101.24 Terms

- Modern & Elegant Design – Add sophistication to your living room, bedroom, office, or hallway with this minimalist framed wall art. Perfect for elevating plain walls into inspiring focal points.
- Handcrafted Quality – Each piece is made from premium wood with a fade-resistant finish, offering a canvas-like texture without glass. Built to maintain beauty and durability for years.
- Ready-to-Hang Convenience – Fully assembled with a sturdy wooden frame, this wall art decor arrives ready to hang straight out of the box, saving you time and effort.
- Thoughtful Gift Idea – Ideal for housewarmings, weddings, birthdays, or holidays. This stylish framed artwork makes a meaningful gift for friends and family who love modern home decor.
- Versatile Home Decoration – Suitable for living rooms, bedrooms, dining areas, or offices. The timeless style complements both modern and traditional interiors, bringing warmth and elegance.

$134.99

$7.98 delivery Tuesday, October 28. Details

In Stock

Add to Cart

Buy Now

Add to List

20/10/2025, 18:05 Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Visa [redacted]

Select a payment plan

Use a gift card, voucher, or promo code

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Fast free delivery, exclusive deals, and more.

Try Prime free

Special Offer

[redacted] we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

Arriving Oct 28, 2025

Modern Framed Wall Art for Living Room – Large Minimalist Canvas Wall Decor, Ready-to-Hang Wooden Frame, Durable Fade-Resistant Coating, Handmade Home Decoration Artwork

$134.99

Tuesday, Oct 28

$7.98 - Delivery

Gift options not available

Place your order

Order total: $156.81

VA 2-453-651



015 LANIN STORE

8/6/25, 1:39 PM Amazon.com: Harvest Moon By Artisan Billy Jacobs Printed on Wooden Pumpkin Wall Art: Posters & Prints




8/6/25, 1:39 PM Place Your Order - Amazon Checkout




# VA 2-453-651



# 016 DingYuTing

9/10/25, 3:32 PM Amazon.com: 500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys Schoo...



500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

$21.99

FREE delivery September 18 - 23. Details

Deliver to [redacted] - Chicago 60604

In Stock

Add to Cart

Buy Now

Shipper / Seller DingYuTing

- High Quality Quality Wood, Non-Toxic, Much Thicker Than The Industry Average. Each Puzzle Piece Is Unique And Worthwhile.
- It Can Not Only Exercise Logicality And Sensory Coordination, But Also Give You A Chance To Develop A Closer Relationship With Others And Create A Joyful Atmosphere.
- Jigsaw Puzzle :Thrill And Challenge Your Family And Friends Piecing Together This Incredible Jigsaw Puzzle. Bring Home Hours Of Fun And Entertainment Everyone Will Enjoy.
- The Puzzle Is A Great Gift For Friends And Family On Big Days, And Can Also Be The Best Home Art Decor.
- If You Find Yourself Missing A Piece In The Puzzles For Adult, Please Contact Us With Our E-Mail And We Will Resend You The Missing Block.

Based on your recent views

9/10/25, 3:33 PM Place Your Order - Amazon Checkout

Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Paying with Visa [redacted]

Use a gift card, voucher, or promo code

Want to save time on your next order and go directly to this step when checking out?

Special Offer

Arriving Sep 18, 2025 - Sep 23, 2025

500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

$21.99

Ships from DingYuTing

Sold by DingYuTing

Thursday, Sep 18 - Tuesday, Sep 23 FREE Delivery

Place your order

Order total: $24.24

Congratulations O, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

# VA 2-460-542



017 GuangZhouYiWuShangMao

9/18/25, 2:34 AM Amazon.com: 500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wo...

amazon prime | Deliver to O Fort Laud... 33308 | Toys & Games | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Prime | Groceries | Buy Again | Pet Supplies | THURSDAY NIGHT FOOTBALL | 16:25:27

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon business Maintenance made simple ▸

Toys & Games › Puzzles › Jigsaw Puzzles



Click to see full view

500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

Brand: Yelenacco

Ask questions and search reviews

$12.99

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for Prime Visa.

- High Quality Quality Wood, Non-Toxic, Much Thicker Than The Industry Average, Each Puzzle Piece Is Unique And Worthwhile.
- It Can Not Only Exercise Logicality And Sensory Coordination, But Also Give You A Chance To Develop A Closer Relationship With Others And Create A Joyful Atmosphere.
- Jigsaw Puzzle: Thrill And Challenge Your Family And Friends Piecing Together This Incredible Jigsaw Puzzle. Bring Home Hours Of Fun And Entertainment Everyone Will Enjoy.
- The Puzzle Is A Great Gift For Friends And Family On Big Days, And Can Also Be The Best Home Art Decor.
- If You Find Yourself Missing A Piece In The Puzzles For Adult, Please Contact Us With Our E-Mail And We Will Resend You The Missing Block

› See more product details

Report an issue with this product or seller

See more from 'Wednesday'
Shop official 'Wednesday' toys, costumes, apparel and more. Explore now

$12.99

$5.85 delivery **September 29 - October 8.** Details

Deliver to O - Fort Lauderdale 33308

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller GuangZhouYiWuShangMao

Returns 30-day refund/replacement

Customer service Amazon

See more

Add to List

9/18/25, 2:36 AM Place Your Order - Amazon Checkout

amazon prime | Secure checkout | Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.85 |
| Estimated tax to be collected:* | $1.33 |
| **Order total:** | **$20.17** |

**Arriving Sep 29, 2025 - Oct 8, 2025**



500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present
**$12.99**
Ships from GuangZhouYiWuShangMao
Sold by GuangZhouYiWuShangMao

1

Gift options not available

Monday, Sep 29 - Wednesday, Oct 8

Place your order **Order total: $20.17**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of y...
Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

# VA 2-460-542



018 金华市淑徵服饰有限公司

9/29/25, 4:33 PM Amazon.com: 500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys Schoo…




9/29/25, 4:34 PM Place Your Order - Amazon Checkout




VA 2-460-542



019 deyangzhiguangshanxi

17/10/2025, 11:36 Amazon.com: 500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys Scho...



500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

$22.99

$22.99

$4.32 delivery October 28 - November 6. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to List

17/10/2025, 11:37 Place Your Order - Amazon Checkout

Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Paying with Visa [redacted]

Arriving Oct 28, 2025 - Nov 6, 2025



Tuesday, Oct 28 - Thursday, Nov 6
$4.32 - Delivery

Order total: $29.67

VA 2-460-542



020 henanhongyangzhuangshisheji

10/27/25, 11:00 PM Amazon.com: 500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys Sch...

amazon Deliver to [redacted] Chicago

Your Prime membership is paused due to a billing issue

Rejoin with a valid payment method to regain access to your Prime benefits.

Update payment method



500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

$22.99

$22.99

In Stock

Add to Cart

Buy Now

Add to List

10/27/25, 11:01 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Paying with Mastercard [redacted]

Use a gift card, voucher, or promo code

Join Prime to unlock instant access to Prime Video, fast and free delivery on millions of eligible items, and much more.

Prime is just $14.99/month. Cancel anytime.

Arriving Nov 6, 2025 - Nov 17, 2025



500 Pieces Jigsaw Puzzle Chartation Autumn Gold Redn Crows Cafe Farm Store Or Coffee Mural Props Toys School Supplies Wooden Puzzle Family Decorations Unique Birthday Present

$22.99

Thursday, Nov 6 - Monday, Nov 17

Gift options not available

Place your order

Order total: $29.33

Join Prime

Place your order

# VA 2-460-542



021 ShiBoDs-US

8/6/25, 1:37 PM Amazon.com: Dark and Stormy Night Framed Wall Art - 14x18 Inch Modern Abstract Seascape Painting for Living Room & Bedroom ...

amazon Deliver to [redacted]

Prime members save up to 80% on meds



Click to see full view

Dark and Stormy Night Framed Wall Art - 14x18 Inch Modern Abstract Seascape Painting for Living Room & Bedroom - Premium Home Decor by Billy Jacobs - Trendy Decor 4U

$53.66

- Transform your walls with this stunning piece of framed wall art for living room and bring a touch of modern elegance to your room. This stunning living room wall decor will not only add visual interest to any room, but the minimalist design of this trendy wall decor will also bring a sense of serenity to your space.
- Tired of dull, empty walls in your home? We believe that walls should inspire, not bore. Discover our diverse collection of trendy wall art, suit any space. Our stylish living room wall art make ideal gifts for housewarmings and special occasions, offering something for everyone's taste. Facelift your walls with wall art decor that truly reflects your style.
- Elevate your space with our hand-crafted large wall art. Crafted from high-quality wood and finished with a fade-resistant coating, this wall art bedroom offers a durable, canvas-like look without the need for glass. Enjoy timeless beauty and craftsmanship in your home for years to come.
- Bring a pop of colour and style to any room with our fully assembled and ready-to-hang wall art. With a wide selection of decorative pieces to choose from, you'll easily find the perfect match for your personal taste or to give as a thoughtful gift. Add some unique charm to your space with our home wall decor art pieces.
- Experience the unmatched quality and durability with this individually hand-crafted wall decoration art. Skilled craftsmen put their expertise into every piece to ensure it will stand test of time and bless your eyes for years to come. Invest in timeless beauty and durability—order yours today and elevate your decor!

$53.66

FREE delivery Wednesday, August 13.

Deliver to [redacted]

In Stock

Add to Cart

Buy Now

Ships from ShiBoDs-US

Sold by ShiBoDs-US

8/6/25, 1:37 PM Place Your Order - Amazon Checkout

amazon Secure checkout

Delivering to [redacted]

Paying with Mastercard [redacted]

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Place your order

[redacted] we're giving you Prime free for 30 days.

Arriving Aug 13, 2025

Dark and Stormy Night Framed Wall Art - 14x18 Inch Modern Abstract Seascape Painting for Living Room & Bedroom - Premium Home Decor by Billy Jacobs - Trendy Decor 4U

$53.66

Ships from ShiBoDs-US

Sold by ShiBoDs-US

Wednesday, Aug 13 FREE Delivery

Gift options not available

Place your order

Order total: $59.16

# VA 2-453-733



022 fupengfei1991

8/6/25, 1:33 PM Amazon.com: XIANNOU Billy Jacobs High Cotton Farm Country Painting Poster Canvas Wall Art Posters For Room Aesthetic And D...




8/6/25, 1:35 PM Place Your Order - Amazon Checkout




# VA 2-453-652



023 ChenYan Trading Co., Ltd.







VA 2-453-651



# 024 Lingjue E-commerce

8/13/25, 2:15 PM Jacobs, Billy 18x15 Black Modern Framed Art Print Titled Harvest Moon - Walmart.com

Search Walmart

Pickup or delivery?

2400 E Commercial Blvd #201, Fort Lauderdale



ArtDirect

**Jacobs, Billy 18x15 Black Modern Framed Art Print Titled Harvest Moon**

**Size** 18L" x 15W"

18L" x 15W" $63.99

**Actual Color:** Black Modern Wood Frame

Black Modern Wood Frame

**About this item**

- Artist: Jacobs, Billy / Title: Harvest Moon
- High Quality Framed Giclee Art Print Direct from Museum Prints
- Framed in a Two inch Wide Modern Black Wood Frame
- In Stock and Framed When Purchased
- Made in the U.S.A. and Satisfaction is Guaranteed

View full item details

**At a glance**

| Brand | Size |
|---|---|
| ArtDirect | 18L" x 15W" |

View all specifications

**$63.99**

As low as $12/mo with OnePay Learn more

Free shipping Free 30-day returns

Buy now

Add to cart

How you'll get this item:

Shipping Arrives between Aug 18 - Aug 22 Free | Pickup Not available | Delivery Not available

2400 E Commercial Blvd # 201 Change

Arrives between Aug 18 - Aug 22

Sold and shipped by Lingjue E-commerce

1 seller review

Free 30-day returns Details

Add to list Add to registry

8/13/25, 2:19 PM Review your order - Walmart.com

**Free shipping, arrives between Mon, Aug 18—Thu, Aug 21**

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives between Mon, Aug 18 – Thu, Aug 21** 1 item

Sold and shipped by Lingjue E-commerce

Free shipping



Jacobs, Billy 18x15 Black Modern Framed Art Print Titled Harvest Moon

Size: 18L" x 15W", Actual Color: Black Modern Wood Frame

**$63.99**

Remove − 1 +

**Payment method**

**Place order for $70.55**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $63.99 |
| Shipping | Free |
| **Estimated taxes** | $6.56 |

# VA 2-453-651



# 025 Yuanbo E-commerce Shop

8/29/25, 9:21 AM Harvest Moon Framed Art Print by Jacobs, Billy - Walmart.com



$59.99

Popular items in this category

8/29/25, 9:22 AM Review your order - Walmart.com

1. Free shipping, arrives between Fri, Sep 5—Thu, Sep 11

[redacted] Edit

111 West Jackson Boulevard, Chicago, IL 60604

Delivery instructions (optional) Edit

House

Items details Hide details

Arrives between Fri, Sep 5 — Thu, Sep 11 1 item

Sold and shipped by Yuanbo E-commerce Shop

Free shipping



Harvest Moon Framed Art Print by Jacobs, Billy

$59.99

Remove − 1 +

2. Payment method

| | |
|---|---|
| Subtotal (1 item) | $59.99 |
| Shipping | Free |
| Estimated taxes | $6.15 |
| Estimated total | $66.14 |

# VA 2-453-651



026 Misxi Direct

8/29/25, 9:21 AM Harvest Moon Framed Art Print by Jacobs, Billy - Walmart.com



About this item

$59.99

Buy now

Add to cart



Popular items in this category

8/29/25, 9:23 AM Review your order - Walmart.com

1. Free shipping, arrives between Wed, Sep 10—Thu, Sep 18

[redacted] Edit

111 West Jackson Boulevard, Chicago, IL 60604

Delivery instructions (optional) Edit

House

Items details Hide details

Arrives between Wed, Sep 10 — Thu, Sep 18 1 item

Sold and shipped by Misxi Direct

Free shipping



Harvest Moon Framed Art Print by Jacobs, Billy

$59.99

Remove − 1 +

2. Payment method

VA 2-453-651



# 027 Homez Mall

8/13/25, 2:11 PM Trendy Decor 4U 2- Piece Vignette Autumn Moonlit Nights White Framed Wall Art for Living Room, Bedroom Wall Art Print for Hom...



Trendy Decor 4U 2- Piece Vignette Autumn Moonlit Nights White Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs

About this item

At a glance

| Brand | Material | Count |
|---|---|---|
| tiao125 | Wood+Paper | 1 |

Condition: New

$126.48

Buy now

Add to cart

How you'll get this item:

Shipping | Pickup | Delivery

2400 E Commercial Blvd # 201

Sold and shipped by Homez Mall

Free 30-day returns

$25.49

8/13/25, 2:12 PM Review your order - Walmart.com

Free shipping, arrives by Wed, Aug 20

[redacted]

111 W Jackson Blvd, Chicago, IL 60604 Edit

Delivery instructions (optional) Edit

House

Items details Hide details

Arrives by Wed, Aug 20 1 item

Sold and shipped by Homez Mall

Free shipping

Trendy Decor 4U 2- Piece Vignette Autumn Moonlit Nights White Framed Wall Art for Living Room,...

$126.48

Remove − 1 +

Payment method

Place order for $139.44

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $126.48 |
| Shipping | Free |
| Estimated taxes | $12.96 |

# VA 2-453-651



028 Great Trading LLC

10/2/25, 2:42 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country White Framed Wall Art for Living Room, Bedroom Wall Art Pri...

Pickup or delivery?
Search Walmart
My Items
Hi [redacted] Account

Departments Services Get it Fast New Arrivals Halloween Pharmacy Local Finds Rollbacks & More Tailgating More





Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country White Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs

Actual Color: White orange

About this item

At a glance

$137.45

Buy now

Add to cart

How you'll get this item:

Shipping

Pickup

Delivery

Sold by Great Trading LLC

Report: Report seller

10/2/25, 2:44 PM Review your order - Walmart.com

Free shipping, arrives between Tue, Oct 14—Tue, Oct 21

[redacted]

111 W Jackson Blvd, Chicago, IL 60604

Edit

Delivery instructions (optional) Edit

House

Items details Hide details

Arrives between Tue, Oct 14 — Tue, Oct 21 1 item

Sold and shipped by Great Trading LLC

Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country White Framed Wall Art for Living Room...

Actual Color: White orange

$137.45

Remove − 1 +

Payment method

Place order for $151.54

Subtotal (1 item) $137.45

Shipping Free

Estimated taxes $14.09

VA 2-453-651



## 029 Mchu Dream Home

10/2/25, 2:51 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Pri...

Pickup or delivery? | Search Walmart | My Items | Hi [redacted] Account | $0.00

Departments | Services | Halloween | More





Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs

$105.38

Buy now

Add to cart

About this item

At a glance

How you'll get this item:

Shipping | Pickup | Delivery

Sold by Mchu Dream Home

---

10/2/25, 2:52 PM Review your order - Walmart.com

**Free shipping, arrives between Tue, Oct 7—Fri, Oct 10**

**Place order for $116.18**

By placing this order, you agree to our Privacy Policy and Terms of Use

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

| | |
|---|---|
| **Subtotal** (1 item) | $105.38 |
| Shipping | Free |
| **Estimated taxes** | $10.80 |

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives between Tue, Oct 7 — Fri, Oct 10** 1 item

Sold and shipped by Mchu Dream Home

Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room...

**$105.38**

Remove − 1 +

**Payment method**

# VA 2-453-651



# 030 BUHOLO

10/2/25, 2:56 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Pri...

Search Walmart





Unbranded

**Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs**

**About this item**

- Transform your walls with this stunning piece of framed wall art for living room and bring a touch of modern elegance to your room. This stunning living room wall decor will not only add visual interest to any room, but the minimalist design of this trendy wall decor will also bring a sense of serenity to your space.
- Tired of dull, empty walls in your home? We believe that walls should inspire, not bore. Discover our diverse collection of trendy wall art, suit any space. Our stylish living room wall art make ideal gifts for...

View more

**At a glance**

| Color | Material | Brand |
|---|---|---|
| Multicolor | Wood+Paper | Unbranded |

View all specifications

**$103.09**

Price when purchased online

As low as $18/mo with OnePay Learn more

Free shipping | Free Holiday returns until Jan 31

Buy now

Add to cart

Pro Wall Hanging Service
What's covered
Accessory Wall Mounting - $65.00

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Oct 8 - Oct 11 Free | Not available | Not available |

This isn't your preferred address. Is this right?

2011 Nevada Blvd Change

Arrives between Oct 8 - Oct 11 | More options

Sold by BUHOLO

10/2/25, 2:56 PM Review your order - Walmart.com

Free shipping, arrives between Tue, Oct 7—Fri, Oct 10

[redacted]
111 W Jackson Blvd, Chicago, IL 60604 Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives between Tue, Oct 7 — Fri, Oct 10** 1 item

Sold and shipped by BUHOLO
Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room...

**$103.09**

Remove − 1 +

**Payment method**

Place order for $113.66

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $103.09 |
| Shipping | Free |
| **Estimated taxes** | $10.57 |

# VA 2-453-651



# 031 GChiGo SARL

10/2/25, 2:59 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Pri...

Search Walmart





Unbranded

**Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs**

**About this item**

- Transform your walls with this stunning piece of framed wall art for living room and bring a touch of modern elegance to your room. This stunning living room wall decor will not only add visual interest to any room, but the minimalist design of this trendy wall decor will also bring a sense of serenity to your space.
- Tired of dull, empty walls in your home? We believe that walls should inspire, not bore. Discover our diverse collection of trendy wall art, suit any space. Our stylish living room wall art make ideal gifts for...

View more

**At a glance**

| Color | Material | Brand |
|---|---|---|
| Multicolor | Wood+Paper | Unbranded |

View all specifications

**$104.23**

Price when purchased online

As low as $19/mo with OnePay Learn more

Free shipping Free Holiday returns until Jan 31

Buy now

Add to cart

Pro Wall Hanging Service

What's covered

Accessory Wall Mounting - $65.00

**How you'll get this item:**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives between Oct 6 - Oct 11 Free | Not available | Not available |

This isn't your preferred address. Is this right?

---

10/2/25, 3:01 PM Review your order - Walmart.com

**Free shipping, arrives between Tue, Oct 7—Fri, Oct 10**

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives between Tue, Oct 7 — Fri, Oct 10** 1 item

Sold and shipped by GChiGo SARL

Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room...

**$104.23**

Remove − 1 +

**Payment method**

**Place order for $114.91**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $104.23 |
| Shipping | Free |
| **Estimated taxes** | $10.68 |

# VA 2-453-651



# 032 Miyamoon Sarl

10/2/25, 3:04 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Pri...

Search Walmart





Unbranded

**Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs**

**About this item**

- Transform your walls with this stunning piece of framed wall art for living room and bring a touch of modern elegance to your room. This stunning living room wall decor will not only add visual interest to any room, but the minimalist design of this trendy wall decor will also bring a sense of serenity to your space.
- Tired of dull, empty walls in your home? We believe that walls should inspire, not bore. Discover our diverse collection of trendy wall art, suit any space. Our stylish living room wall art make ideal gifts for...

View more

**At a glance**

| Color | Material | Brand |
| --- | --- | --- |
| Multicolor | Wood+Paper | Unbranded |

View all specifications

**$105.38**

Price when purchased online

As low as $19/mo with OnePay Learn more

Free shipping Free Holiday returns until Jan 31

Buy now

Add to cart

Pro Wall Hanging Service
What's covered
Accessory Wall Mounting - $65.00

How you'll get this item:

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives between Oct 8 - Oct 11 Free | Not available | Not available |

This isn't your preferred address. Is this right?

2011 Nevada Blvd Change

Arrives between Oct 8 - Oct 11 | More options

Sold by Miyamoon Sarl

Extended holiday returns Details

---

10/2/25, 3:05 PM Review your order - Walmart.com

Free shipping, arrives between Tue, Oct 7—Fri, Oct 10

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

Delivery instructions (optional) Edit

House

**Items details** Hide details

Arrives between Tue, Oct 7 — Fri, Oct 10 1 item

Sold and shipped by Miyamoon Sarl
Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room...

$105.38

Remove − 1 +

Payment method

Place order for $116.18

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
| --- | --- |
| Subtotal (1 item) | $105.38 |
| Shipping | Free |
| Estimated taxes | $10.80 |

# VA 2-453-651



# 033 Ruynee

10/2/25, 3:07 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Pri...

Pickup or delivery? Search Walmart My Items Hi [redacted] Account

Departments Services Tailgating Walmart+ More





Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs

About this item

At a glance

Color Multicolor | Material Wood, Paper | Brand Unbranded

$105.38

Buy now

Add to cart

How you'll get this item:

Shipping | Pickup | Delivery

Sold by Ruynee

Extended holiday returns Details

10/2/25, 3:09 PM Review your order - Walmart.com

Free shipping, arrives between Tue, Oct 7—Fri, Oct 10

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

Delivery instructions (optional) Edit

House

Items details Hide details

Arrives between Tue, Oct 7 — Fri, Oct 10 1 item

Sold and shipped by Ruynee

Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room...

$105.38

Remove − 1 +

Payment method

Place order for $116.18

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $105.38 |
| Shipping | Free |
| Estimated taxes | $10.80 |

**VA 2-453-651**



034 ZENIE

10/2/25, 3:11 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Pri...

Pickup or delivery?

Search Walmart

Hi [redacted] Account

Departments Services Tailgating Walmart+ More





Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs

About this item

At a glance

$106.52

Buy now

Add to cart

Pro Wall Hanging Service

How you'll get this item:

Sold by ZENIE

Extended holiday returns Details

10/2/25, 3:12 PM Review your order - Walmart.com

Free shipping, arrives between Tue, Oct 7—Fri, Oct 10

Place order for $117.44

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

Delivery instructions (optional) Edit

House

Items details Hide details

Arrives between Tue, Oct 7 — Fri, Oct 10 1 item

Sold and shipped by ZENIE

Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room...

$106.52

Remove − 1 +

Payment method

| | |
|---|---|
| Subtotal (1 item) | $106.52 |
| Shipping | Free |
| Estimated taxes | $10.92 |

VA 2-453-651



# 035 zhongtaolin

10/3/25, 12:12 PM Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Pr...

Pickup or delivery?

Search Walmart

My Items · Account



**Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room, Bedroom Wall Art Print for Home Decor by Billy Jacobs**

See more seller options

Pro Wall Hanging Service

Add to list · Add to registry

**About this item**

**More seller options (1)**

**At a glance**

Color · Brand



$22.99

Spook Ghost Tapestry, Black Halloween Tapestries Wall Hangin...

Add to cart

---

10/3/25, 12:15 PM Review your order - Walmart.com

**Free shipping, arrives between Fri, Oct 10—Tue, Oct 14**

[redacted]

111 W Jackson Blvd, Chicago, IL 60604 Edit

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives between Fri, Oct 10 — Tue, Oct 14** 1 item

Sold and shipped by zhongtaolin

Free shipping

Trendy Decor 4U 2- Piece Vignette Halloween Season in the Country Black Framed Wall Art for Living Room...

**$236.62**

Remove − 1 +

**Payment method**

**Place order for $260.87**

| | |
|---|---|
| **Subtotal** (1 item) | $236.62 |
| Shipping | Free |
| **Estimated taxes** | $24.25 |

# VA 2-453-651



036 weiweishangmao

10/16/25, 8:36 PM 2-Piece Halloween Country Vignette Wall Art (Black Framed – USA-Made, Fade-Resistant, Ready-to-Hang for Living Room/Bedro...

Search Walmart

Pickup or delivery? 2011 Nevada Blvd, Charlotte





NOBRAND

**2-Piece Halloween Country Vignette Wall Art (Black Framed – USA-Made, Fade-Resistant, Ready-to-Hang for Living Room/Bedroom)**

No ratings yet

**About this item**

- Halloween Country Vignette Design + Black Frames: Festive & Versatile Style What makes this wall art stand out from generic Halloween decor is its "themed yet timeless" country aesthetic. Unlike scary or overly bold Halloween art, its "Season in the Country" vignette brings cozy, rustic Halloween charm—think subtle seasonal details that fit naturally with country-style homes, even beyond October. The sleek black frames add modern contrast, letting the...

View more

**At a glance**

Brand
NOBRAND

View all specifications

**See price in cart**

Price when purchased online

As low as $15/mo with OnePay Learn more

Free shipping

Free Holiday returns until Jan 31

Buy now

Add to cart

**How you'll get this item:**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives between Oct 25 - Oct 28 Free | Not available | Not available |

This isn't your preferred address. Is this right?

---

10/16/25, 8:37 PM Review your order - Walmart.com

**Free shipping, arrives between Fri, Oct 24—Mon, Oct 27**

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

**Delivery instructions (optional)** Edit

House

**Items details** Hide details

**Arrives between Fri, Oct 24 — Mon, Oct 27** 1 item

Sold and shipped by weiweishangmao

Free shipping

2-Piece Halloween Country Vignette Wall Art (Black Framed – USA-Made, Fade-Resistant, Ready-to-Hang...

$85.76

Remove − 1 +

**Payment method**

Place order for $94.55

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
| --- | --- |
| Subtotal (1 item) | $85.76 |
| Shipping | Free |
| **Estimated taxes** | $8.79 |

# VA 2-453-651



# 037 Baguery

10/23/25, 12:03 PM StyleSack 2-Piece Halloween "Season in the Country" Framed Wall Art - Billy Jacobs Design, Black Frame, Fade-Resistant, for L...

Pickup or delivery? | Search everything at Walmart online and in store | Reorder My Items | Hi [redacted] Account | $0.00

Departments | Services | Get it Fast | New Arrivals | Halloween | Rollbacks & More | Dinner Made Easy | Gift Shop | Toy Shop | Pharmacy | My Items | Walmart+ | More



StyleSack

**StyleSack 2-Piece Halloween "Season in the Country" Framed Wall Art - Billy Jacobs Design, Black Frame, Fade-Resistant, for Living Room/Bedroom**

**About this item**

**At a glance**

| Color | Orientation | Decor style |
|---|---|---|
| Theme | Framed | Frame material |

**$91.68**

Buy now

Add to cart

How you'll get this item:

Shipping | Pickup | Delivery

Sold and shipped by Baguery

10/23/25, 12:05 PM Review your order - Walmart.com

Free shipping, arrives between Tue, Oct 28—Thu, Oct 30

[redacted] Edit

111 W Jackson Blvd, Chicago, IL 60604

**Delivery instructions**

**Gate codes or other useful information** Edit

House

**Items details** Hide details

**Arrives between Tue, Oct 28 – Thu, Oct 30** 1 item

Sold and shipped by Baguery

Free shipping

StyleSack 2-Piece Halloween "Season in the Country" Framed Wall Art - Billy Jacobs Design, Black Frame,...

**$91.68**

Remove − 1 +

**Payment method**

**Place order for $101.08**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $91.68 |
| Shipping | Free |
| **Estimated taxes** | $9.40 |

**VA 2-453-651**



# 038 Zephyr Style







# VA 2-453-651



# 039 Serenitao poster







**VA 2-453-651**



# 040 Surprise poster style







## VA 2-453-651



041 mirarii poster







VA 2-453-651



042 LJposter

8/6/25, 4:47 PM spooky canvas art poster wall art - Temu




8/6/25, 4:48 PM Temu | Checkout




VA 2-453-651



043 NickyMecky

8/6/25, 4:49 PM 2d flat] framed canvas wall art moon poster - Temu




8/6/25, 4:50 PM Temu | Checkout




VA 2-453-651



## 044 HomeyBazaar

8/6/25, 4:51 PM "spooky " ready hang - Temu




8/6/25, 4:52 PM Temu | Checkout




**VA 2-453-651**



045 fucishangmao







**VA 2-453-651**



046 Cyan poster

8/6/25, 4:56 PM retro artwork canvas print wooden framed wall - Temu




8/6/25, 4:57 PM Temu | Checkout




VA 2-453-651



047 Zhizhentang Business







VA 2-453-651



048 poster draw







VA 2-453-651



# 049 CRAZY WORLD People Shop

8/6/25, 5:10 PM 2d flat moon pumpkin farm metal sign rustic - Temu




8/6/25, 5:11 PM Temu | Checkout




# VA 2-453-651



050 Elysini poster







VA 2-453-651



# 051 Yingluan Wall art







VA 2-453-651



052 Prairie Chroma







VA 2-453-651



# 053 LIVVOY







## VA 2-453-651



054 Elysian Gallery NB







# VA 2-453-651



# 055 Nine Heavenly

8/6/25, 5:25 PM 1pc framed canvas poster - rustic farmhouse halloween & fall decor with , barn, pumpkins - wrapped canvas frame wall art painting f...




8/6/25, 5:25 PM Temu | Checkout




**VA 2-453-651**



056 Furnsa







# VA 2-453-651



057 Luxe Fine Art




8/6/25, 5:30 PM Temu | Checkout




# VA 2-453-651



# 058 Zagirs

8/6/25, 5:32 PM framed wall art – ready hang black - Temu




8/6/25, 5:32 PM Temu | Checkout




**VA 2-453-651**



| 059 ArtNest Studio |
| --- |







VA 2-453-651



060 LLLCCC

8/6/25, 5:45 PM wooden frame primitive farm barn - Temu




8/6/25, 5:46 PM Temu | Checkout




VA 2-453-651



# 061 YY ART WALL

8/6/25, 5:48 PM 2d flat] 2d flat framed wrapped canvas wooden framed harvest - Temu




8/6/25, 5:49 PM Temu | Checkout




## VA 2-453-651



062 FurniVoy







VA 2-453-651



063 HiiiH







VA 2-453-651



064 MedWood







VA 2-453-651



065 CHILIT







**VA 2-453-651**



066 MSM Decorative paintings and posters







VA 2-453-651



067 Sundovetail







VA 2-453-651



# 068 NebulaFurnish

8/6/25, 6:08 PM ready hang white - Temu




8/6/25, 6:09 PM Temu | Checkout




# VA 2-453-651



069 FurniCasa







VA 2-453-651



# 070 DIESUTY

8/6/25, 6:19 PM ready hang black - Temu




8/6/25, 6:20 PM Temu | Checkout




## VA 2-453-651



071 PixelHome

8/6/25, 6:22 PM ready hang farmhouse wall art - Temu




8/6/25, 6:23 PM Temu | Checkout




VA 2-453-651



072 FurniPath







VA 2-453-651



073 HOMIQE







VA 2-453-651



# 074 LoopHome







**VA 2-453-651**



075 Vivaen







VA 2-453-651



076 Globetd







VA 2-453-651



077 Nimbliqq

8/6/25, 6:38 PM 2d flat] ready hang - Temu




8/6/25, 6:38 PM Temu | Checkout




VA 2-453-651



## 078 MinimalismGlam







**VA 2-453-651**

079 LINPINLT

8/6/25, 6:49 PM ready hang black - Temu




8/6/25, 6:50 PM Temu | Checkout




**VA 2-453-651**



# 080 Zyphoray

8/6/25, 6:52 PM ready hang black - Temu




8/6/25, 6:53 PM Temu | Checkout




**VA 2-453-651**



# 081 Modnook

8/6/25, 6:55 PM moon ready hang - Temu

Free shipping · Free returns · Get the Temu App

Local warehouse · Fastest delivery: 2 BUSINESS DAYS Vintage Harvest Moon Framed Print by Billy Jacobs - Ready to Hang, White Frame, Autumn Scene with Pumpkins and Barn, Perfect for Seasonal Home Decor, Halloween Decor



$59.17

Free shipping | $5.00 Credit for delay

Color: Multicolor

Qty 1

Add to cart

Buy now

Free shipping for this item

Safe payments · Secure privacy

Order guarantee

Modnook

Follow · Shop all items

Product details

Material: Other material

$60.25

Checkout · Go to cart

8/6/25, 6:56 PM Temu | Checkout

Free shipping · Free returns · Get the Temu App

Home › Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free shipping on all items of this order

Shipping

[redacted]

CHICAGO, IL 60604, United States

Ships from Modnook (1) Local Warehouse

Vintage Harvest Moon Framed Print by Billy Jacobs - Ready to Hang, White Frame, Autumn Sc



$59.17

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna

Afterpay

Order summary

Item(s) total $59.17

Shipping FREE

Sales tax $6.06

Order total $65.23

# VA 2-453-651



# 082 LUONI JINGXUAN







# VA 2-453-651



083 Swiftty







VA 2-453-651



# 084 TripleAurora Bazaar







**VA 2-453-651**



085 junshengboutique







VA 2-453-651



086 HmLux







VA 2-453-651



087 junshengyingyin







VA 2-453-651



088 Blinkrae







VA 2-453-651



# 089 Vivoraa

8/6/25, 9:37 PM - ready to hang, black frame, autumn-themed wall art with night, barn & pumpkins, home or garden decor, garden wall art | autumnal ...

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App

Harvest Moon wall art



Local warehouse · Fastest delivery: 2 BUSINESS DAYS Billy Jacobs Harvest Moon Framed Print - Ready to Hang, Black Frame, Autumn-Themed Wall Art with Moonlit Night, Barn & Pumpkins, Perfect for Home or Garden Decor, Garden Wall Art | Autumnal Scene | Detailed Artwork, Moon Decor

$63.80

✓ Free shipping | ✓ $5.00 Credit for delay

Color: Multicolor

Qty 1

Add to cart | Buy now

Free shipping for this item >

✓ Standard: FREE, est. Fastest delivery in 2 business days

Safe payments · Secure privacy >

Order guarantee >

✓ Free returns ✓ Return if item damaged ✓ Price adjustment

Vivoraa

Follow | Shop all items

Product details

Material: Other material

$63.80

Checkout (1) | Go to cart

---

8/6/25, 9:37 PM Temu | Checkout

Free shipping > excludes local items | Free returns Up to 90 days* | Get the Temu App

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free shipping on all items of this order

Shipping

[redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604, United States

Ships from Vivoraa (1) Local Warehouse

Billy Jacobs Harvest Moon Framed Print - Ready to Hang, Black Frame, Autumn-Themed Wall A...

$63.80

Standard shipping: FREE, delivery: 2-7 business days

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna

Afterpay

Order summary

| | |
|---|---|
| Item(s) total: | $63.80 |
| Shipping: | FREE |
| Sales tax: | $6.54 |
| Order total: | $70.34 |

# VA 2-453-651



# 090 Stellarar

8/6/25, 9:39 PM by - rustic farmhouse framed wall art print, autumn barn & pumpkins under , ready-to-hang black frame for indoor/outdoor fall decor, t...




8/6/25, 9:40 PM Temu | Checkout









091 Vexony

8/6/25, 9:42 PM spooky ready hang framed wall art - Temu




8/6/25, 9:43 PM Temu | Checkout




**VA 2-453-651**



092 iDream Home







VA 2-453-651



093 Love what you love and think what you think

8/6/25, 9:47 PM 2d flat handmade artisan rustic farmhouse - Temu




8/6/25, 9:48 PM Temu | Checkout




**VA 2-453-651**



094 Goya Pf

8/6/25, 9:49 PM "spooky " artisan printed wooden - Temu




8/6/25, 9:50 PM Temu | Checkout




VA 2-453-651



# 095 Premiumeed

8/6/25, 9:57 PM artisan wooden picket fence wall - Temu

Free shipping > excludes local items | Free returns Up to 90 days | Get the Temu App | Sell on Temu

Best-Selling Items Categories | Harvest Moon wall art | Orders & Account | English | Cart

Home > Home & Kitchen > Seasonal Decor > Harvest Moon by Artisan Bi...



No import charges · Local warehouse - Fastest delivery: 3 BUSINESS DAYS Harvest Moon by Artisan Billy Jacobs Wooden Picket Fence Wall Art - Rustic Autumn Scene with Pumpkins, Barn & Wagon - Durable Seasonal Fall Decor for Thanksgiving & Halloween Home Decoration, Pumpkin Decor

Sold by

$72.77

✓ Free shipping | ✓ $5.00 Credit for delay

Color: Multicolor

Qty 1

Add to cart | Buy now

Free shipping for this item >

✓ Standard: FREE. Fastest delivery in 3 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

✓ Free returns · ✓ Refund if item damaged · ✓ Price adjustment

Premiumeed

Follow | Shop all items (3K+)

Product details | Save | Report issue >

Material: Other material

$142.58

Free shipping on all items in your cart

Checkout (1) | Go to cart

Select all (1)

$142.58

8/6/25, 9:58 PM Temu | Checkout

Free shipping > excludes local items | Delivery guarantee Refund for any issues | Get the Temu App | Sell on Temu

$5.00 Credit for delay >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

✓ Free shipping on all items of this order

Shipping Change >

[redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604, United States

Ships from Premiumeed (1) Local Warehouse



No import charges Harvest Moon by Artisan Billy Jacobs Wooden Picket Fence Wall Art - Rustic Autumn Scene with

Multicolor

$72.77

Standard shipping: FREE, delivery: 1-7 business days · Fastest delivery in 3 BUSINESS DAYS >

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna

Afterpay

| Order summary | |
|---|---|
| Item(s) total: | $72.77 |
| Shipping: | FREE |
| Sales tax: | $7.46 |
| Order total: | $80.23 |

# VA 2-453-651



# 096 Quibelley

8/6/25, 10:00 PM " " framed wall art - ready to hang, white frame, night scene with barn & pumpkins, home or office decor, outdoor wall decor - patio, ...




8/6/25, 10:01 PM Temu | Checkout




VA 2-453-651



# 097 Zestifye







VA 2-453-651



098 Umailjds

8/6/25, 10:10 PM " " rustic autumn wall art - Temu




8/6/25, 10:11 PM Temu | Checkout




VA 2-453-651



## 099 Globexty







**VA 2-453-651**



100 OneRse







VA 2-453-651



# 101 OKSMW

8/6/25, 10:20 PM * handcrafted wooden pumpkin wall art artisan - Temu




8/6/25, 10:21 PM Temu | Checkout




**VA 2-453-651**



# 102 Meiwu Supermarket

8/6/25, 10:23 PM " " artisan printed wooden picket - Temu




8/6/25, 10:23 PM Temu | Checkout




# VA 2-453-651



103 Welcome Liangpindian







VA 2-453-651



104 huangyuzheng







VA 2-453-651



105 LivSpaze







VA 2-453-651



106 Sylphoray







VA 2-453-651



# 107 Zieng Preferred







**VA 2-453-651**



108 R Fast decorative painting







VA 2-453-733



109 CarbonZero







VA 2-453-733



110 ScandiNest

8/6/25, 8:33 PM trendy decor 4u "dark " framed wall art billy - Temu




8/6/25, 8:35 PM Temu | Checkout




VA 2-453-733



# 111 NATIVELIV

8/6/25, 8:37 PM trendy decor 4u "dark " framed wall art - Temu

No import charges For local warehouse items | Price adjustment Within 30 days | Get the Temu App | Become a Seller

Home > Home & Kitchen > Seasonal Decor > Trendy Decor 4U "Dark and ...



No import charges Local warehouse - Fastest delivery: 2 business days Trendy Decor 4U "Dark and Stormy Night" Framed Wall Art - Handcrafted Wood Frame, Fade-Resistant Canvas Print, Ready-to-Hang Modern Farmhouse Decor for Living Room, Bedroom & Rustic Home Decoration by Billy Jacobs

$62.65

✓ Free shipping | ✓ $5.00 Credit for delay

Color: Multicolor

Qty 1

1 Added Multicolor

Buy now

Free shipping from this seller >

✓ Standard: FREE est. Fastest delivery in 2 business days

No import charges for all local warehouse items and no extra charges upon delivery

Safe payments · Secure privacy >

Order guarantee >

✓ Free returns ✓ Return if item damaged ✓ Price adjustment

NATIVELIV

Follow | Shop all items (3.1K+)

Product details

Material: Other material

$62.65

Free shipping on all items in your cart

Checkout (1)

Go to cart

Select all (1)

$62.65

---

8/6/25, 8:38 PM Temu | Checkout

No import charges For local warehouse items | Free returns Up to 90 days | Get the Temu App | Become a Seller

$5.00 Credit for delay >

Home > Checkout

No import charges for all local warehouse items and no extra charges upon delivery

Free shipping on all items of this order

Shipping Change >

[redacted]

111 W JACKSON BLVD

CHICAGO, IL 60604-3589, United States

Ships from NATIVELIV (1) Local Warehouse

No import charges Trendy Decor 4U "Dark and Stormy Night" Framed Wall Art - Handcrafted Wood Frame,



$62.65

Standard shipping: FREE, delivery: 1-7 business days, fastest delivery in 2 business days >

Payment methods

Apple Pay

Card

PayPal

Cash App Pay

Klarna

Afterpay

| Order summary | |
|---|---|
| Item(s) total: | $62.65 |
| Shipping: | FREE |
| Sales tax: | $6.42 |
| Order total: | $69.07 |

## VA 2-453-733



# 112 Glintrae

8/6/25, 8:40 PM "" night" - ready to hang, white frame, weather-resistant outdoor wall art for garden, patio, or home decor, garden wall art | scene | du...




8/6/25, 8:40 PM Temu | Checkout




# VA 2-453-733



# 113 Kaleidoqe

8/6/25, 8:42 PM night by - ready to hang, black frame, rustic barn scene with , home or office wall decor, farmhouse wall art | Today's Deals | Temu




8/6/25, 8:42 PM Temu | Checkout




**VA 2-453-733**



# 114 Waviquee

8/6/25, 8:44 PM " night" framed farmhouse wall art - ready-to-hang barn painting with lightning, rustic living room, office, cabin decor - black (no wirin...




8/6/25, 8:45 PM Temu | Checkout




# VA 2-453-733



115 Hiroshi Poster







# VA 2-453-733



116 Cloud Ne







VA 2-453-733



# 117 Elegantda







VA 2-453-733



## 118 Aurorisey







# VA 2-453-733



119 Wood Whi







VA 2-453-733



120 Flickraa







# VA 2-453-652



121 ZyyCws







VA 2-453-652



122 Veloraey







VA 2-453-652

