AO 121 (Rev. 06/16)

| | |
|---|---|
| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| DOCKET NO.<br>1:26-cv-12368 | DATE FILED<br>10/8/2026 | |
| PLAINTIFF<br>The Art Gallery Of Billy Jacobs, Ltd | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | A. Martinez | 10/9/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-651**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Harvest Moon

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 14, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050104


"Harvest Moon"
© Billy Jacobs

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-460-542**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
September 03, 2025

## Title

**Title of Work:** Autumn Gold

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 13, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050101


"Autumn Gold"
© Billy Jacobs

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-733**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Dark and Stormy Night

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 04, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050103


"Dark and Stormy Night"
© Billy Jacobs

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-652**
**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** High Cotton

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 04, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** William Henry Jacobs
  **Pseudonym:** Billy Jacobs
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1958
  **Year Died:** 2021
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** THE ART GALLERY OF BILLY JACOBS, LTD
28 Canal St. W., Navarre, OH, 44662, United States
**Transfer statement:** By inheritance

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art Licensing
**Name:** Melissa Anne Elleman
**Email:** melleman@pennylanepublishing.com
**Telephone:** (937)849-1101
**Address:** 1791 Dalton Drive

New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BJ2025050105


"High Cotton"
© Billy Jacobs